FILED

2007 AUG 28  PM 1:42

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br>vs.<br><br>BENJAMIN CORONA-GARCIA,<br><br>　　　　　　　　　Defendant. | CASE NO. 06-CR-792 H<br><br>ORDER RE DEFENDANT'S MOTION TO DISMISS COUNSEL AND OBTAIN CASE FILE |
|---|---|

　　　Defendant, Benjamin Corona-Garcia has submitted a request to obtain a copy of his court files. The Court orders Marc X. Carlos, counsel for defendant, to forward to Mr. Corona-Garcia a copy of the requested documents, including the plea agreement and sentencing agreement, and a copy of the transcript of the plea and sentencing. Counsel may submit a CJA voucher to the court for any costs incurred in providing the requested documents to defendant. Once the documents are transmitted to the defendant the Court grants the defendant's motion to relieve counsel.

　　　IT IS SO ORDERED.

Dated: 8/28/07

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

- 1 -

07CR792

Copies to:

**Marc Xavier Carlos**
Bardsley and Carlos
424 F , Suite A
San Diego, CA 92101-6118

Benjamin Corona-Garcia #01901-198
FCI-Victorville I
P.O. Box 5300
Adelanto, CA 92301