# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN CORONA-GARCIA,<br><br>                          Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>                         Defendant. | CASE NO. 08-CV-0721-H<br>CASE NO. 06-CR-0792-H<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY** |

On April 18, 2008, Benjamin Corona-Garcia ("Petitioner") filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. (Doc. No. 33.) On October 29, 2008, this Court issued an order denying the petition. (Doc. No. 38.) On Nov. 12, 2008, Petitioner filed a notice of appeal. (Doc. No. 39.)

**Certificate of Appealability**

According to the Federal Rules of Appellate Procedure, in a 28 U.S.C. § 2255 proceeding, a petitioner may not take an appeal unless the petitioner obtains a certificate of appealability from either the district judge or a circuit judge under 28 U.S.C. § 2253. See Fed. R. App. P. 22(b). Section 2253 states that a certificate of appealability may only issue if the petitioner makes a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(1). Where, as here, the district court has rejected the petitioner's constitutional claims on the merits, "[t]he petitioner must demonstrate that reasonable

1  jurists would find the district court's assessment of the constitutional claims debatable or
2  wrong." <u>Slack v. McDaniel</u>, 529 U.S. 473, 483-84 (2000).
3    The Court concludes that Petitioner has failed to make a substantial showing of a
4  denial of a constitutional right. Therefore, the Court **DENIES** Petitioner's motion for a
5  certificate of appealability.

7  IT IS SO ORDERED.
8  DATED: November 21, 2008

10          MARILYN L. HUFF, District Judge
          UNITED STATES DISTRICT COURT

12 COPIES TO:
All parties of record